

FILED
CLERK, U.S. DISTRICT COURT
APR 29 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>SANTOS TAPIA-AMIGON,<br><br>　　　　　　　Defendant. | NO.: CR 07-192-JFW<br><br>ORDER OF DETENTION AFTER HEARING<br>[Fed.R.Crim.P. 32.1(a)(6);<br>18 U.S.C. 3143(a)] |

　　The defendant having been arrested in this district pursuant to a warrant issued by the United States District Court for the Central District of California for alleged violation(s) of the terms and conditions of his supervised release; and

　　The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

　　The Court finds that:

A.　(X)　The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if

Deten[2].ord

1 | released under 18 U.S.C. § 3142(b) or (c). This finding is
2 | based on his failure to proffer any evidence to meet his burden
3 | on this issue;
4 | and
5 | B.  (X)  The defendant has not met his burden of establishing by
6 | clear and convincing evidence that he is not likely to pose a
7 | danger to the safety of any other person or the community if
8 | released under 18 U.S.C. § 3142(b) or (c). This finding is
9 | based on his failure to proffer any evidence to meet his burden
10 | on this issue.
11 | IT THEREFORE IS ORDERED that the defendant be detained pending
12 | the further revocation proceedings.

DATED: April 29, 2009

*/s/ Margaret A. Nagle*
MARGARET A. NAGLE
United States Magistrate Judge

Deten[2].ord                              2